AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT
# DISTRICT OF DELAWARE

PAUL ROMANO    172653
_____
Plaintiff

V.

STAN TAYLOR et All
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

06-573

I, PAUL ROMANO _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant       • • Other    Scanned- BD 9/13/06

FILED

SEP 13 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)   • •No     (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Sussex Violation of Probation Center

   **Inmate Identification Number (Required):**  172653 _____

   Are you employed at the institution?  No  Do you receive any payment from the institution?  No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six months'** transactions*

2. Are you currently employed?    • •Yes    ( •No )

   a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
         Romano Construction 307 Wyoming Ave Clinmunt De/500.00 weekly

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | ( • No ) |
   | b. | Rent payments, interest or dividends | • • Yes | • No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | ( • No ) |
   | d. | Disability or workers compensation payments | • • Yes | • No |
   | e. | Gifts or inheritances | • • Yes | • No |
   | f. | Any other sources | • • Yes | • No |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?    • • Yes    • No

If "Yes" state the total amount $_____N/A_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

                                                              • • Yes    • No 

If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

N/A

I declare under penalty of perjury that the above information is true and correct.

8/31/06                                Paul F. Romanelli Jr.
DATE                               SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

INMATE ACCOUNT STATEMENT

**PAUL ROMANO** ___
NAME

___ **14-Aug-06** ___
SCCC ADMIT DATE

**172653** ___
SBI#

___
DATE RELEASED

| DATE | *DEPOSITS* | Type of Deposit | *DISBURSE MENT* | Type of Disburs. | BALANCE |
|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B          room/board owed from previous visits to SWRU
MED =        Visits to medical
TRANS =      transportation owed from previous visits
P2 =         Pay to's submitted thru business office
DG   =       Dollar General/commissary
TRANSF       Transfers to Other Institutions
SP. COURT    Superior Court
**TYPE OF DEPOSITS**
M/O   =      money orders received outside of institution
B/R   =      booking and receivng
CK   =       checks
CASH
I / W =      inmate wages

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Romano, Paul  F.                     SBI Number: 00172653
             (LAST)        (FIRST)      (M.I.)

Housing Unit: SVOP POD 1

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Paul J. Romano Jr._                 _Judith Ann Lederman_
Inmate Signature                      Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by Business Office: 8|21|06

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

## INMATE ACCOUNT STATEMENT

TO:     Inmate Name: _Romano, Paul      F_
                          (LAST)            (FIRST)        (M.I)

        SBI Number: _0017265J_

        Housing Unit: _Svop Pod 1_

FR:     Inmate Account Technician

DA:

RE:     Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of _Aug 14_, ~~2000~~ _2006_
through _Aug 21, 2006_ ~~2000~~

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $_____Ø_____.

Attachment

_Jacquelyn Q. Hoomer_
Notary