(Rev. 5/05)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

(1) Paul Romano         172653
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(2) _____N/A_____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) Mr. Stan Taylor / Commissioner of Corrections
(2) Mr. Vince Bianco / Warden, Central Violation Center
(3) Mr. James Hutchins / Deputy Warden, Central Violation Ctr.
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed).

06-573
(Case Number)
( to be assigned by U.S. District Court)

Scanned-BD  9/13/06

## CIVIL COMPLAINT

☐ Jury Trial Requested

FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   NONE

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? Spoke to Counselor Washington, Tolson, Superviser R. Gilbert Counselor Ms. Williams of P&P, Counselor Hicks.

2. What was the result? Was continually passed from one to the other with no answer, just disrespect and blatant unprofessionalism

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Mr. Stanley Taylor
Employed as Commissioner at Department of Correction, Delaware
Mailing address with zip code: 245 McKee Drive, Dover, DE 19901

(2) Name of second defendant: Mr. Vincent Bianco
Employed as Warden at Central Violation Center
Mailing address with zip code: 875 Smyrna Landing Rd., Smyrna DE 19977

(3) Name of third defendant: Mr. James Hutchins
Employed as Deputy Warden at Central Violation Center
Mailing address with zip code:
875 Smyrna Landing Rd. Smyrna DE 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. SEE ATTACHED Exhibits A, B, C

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. The first part of my request is for the state to reimburse me for lost wages totaling $1,000.00 a weeks worth. As well as monetary reimburstment for my lost personal belongs totaling approximatly $14,900.00 (see attached exhibit of approximate loses. Exhibit D)

2. The (2nd) second request is to be returned to Level III for (60 days). This would allow me to attempt to regain my lost possessions and any other articles and legal documents.

3. The (3rd) third request is to have the entire case remanned back to Superior Court Judge: Honorable Richard R. Cooch / New Castle County Superior Court. This would allow me the opportunity to explain everything and request modification or other legal relief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __August__, 2_006_.

_____Paul F. Romano_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Names of Defendant Cont.

Mr. Robert George
Mr. William Edel
Ms. Tolson
Ms. Williams
Mr. Reggie Gilbert
Mr. Washington
Mr. Hicks
Ms. Laura Sikora
Mr. Micheal Records
Ms. May
Mr. Alan Grinstead
Mr. Carl Danberg

III.  Additional Defendants

Name of fourth Defendant: Mr. Robert George
Employed as: Warden at: Sussex Community Corrections Center
Mailing address: Rt. 6 Box 700, Georgetown, DE 19947

Name of fifth Defendant: Mr. William Edel
Employed as: Deputy Warden at: Sussex Community Corrections Center
Mailing address: Rt. 6 Box 700, Georgetown, DE 19947

Name of sixth Defendant: Mr. Vincent Bianco
Employed as: Warden at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of Seventh Defendant: Mr. James Hutchins
Employed as: Deputy Warden at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of Eigth Defendant: Ms. Tolson
Employed as: Counselor at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of Ninth Defendant: Ms. Williams
Employed as: Probation & Parole Counselor at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of Tenth Defendant: Mr. Reggie Gilbert
Employed as: Clinical Supervisor at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

III.     Additional Defendants

Name of Eleventh Defendant: Mr. Washington
Employed as: Counselor at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of Twelfth Defendant: Mrs. Hicks
Employed As: Senior Counselor at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of Thirteenth Defendant: Ms. Laura Sikora
Employed as: Shift Commander at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of Fourteenth Defendant: Mr. Micheal Records
Employed as: Probation & Parole Supervisor at Central Violation Center
Mailing Address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of Fifteenth Defendant: Mr. May
Employed as: Staff Lietenant at Central Violation Center
Mailing address: 875 Smyrna Landing Rd., Smyrna, DE 19977

Name of sixteenth Defendant: Mr. Alan Grinstead
Employed as: Probation & Parole Director at Department of Correction
Mailing address: 511 Maple Parkway, Dover, DE 19901

Name of seventeenth Defendant: Mr. Carl Danberg
Employed as: Attorney General at State of Delaware
Mailing address: 820 North French St., 8th Flr. Carvel Office Bldg.
                 Wilmington, DE. 19801



SCCC
Paul Romero
SBI # 00172653
23207 DuPont Blvd.
Georgetown, DE 19947

Clerk
U.S. District Court
Lock Box 18
44 N. King St.
Wilmington, DE 19801



PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov
LABEL 107R, OCT 1997

On 4/13/06 I was sentenced to II yrs Level V suspended After 14 days.

Release to Level III Hold for Bed space Level IIII Crest upon successful completion Crest 18 months Level III Aftercare.

On 4/13/06 I was not Released and Held At S-vop over Easter week End.

On 4/17/06 I wrote Records department advising them I was Being Held, In violation of court order, with no Reply Back.

On 4/18/06 I Advised the records department a 2nd time, I was Being Held, In violation of court order, with no Reply Back.

On 4/19/06 I was sent to CMop. where they tried to enter me I civigenits the same day But could'nt It was to late I The day and Bed space was Allready tucken so I was Put on a Sanction Pod #1 overnight then put Back over In Pod #7 civigenits The next day! 4/20/06

I sat In civigenits for 2 days Before I Recieved a name Tag, Books & Talked to a counslor Mr. Washington I Asked Him If He could Help me get me a copy of my sentencing order, He said He would see what He could do! Then Had me Sign In to civigenits, never got Back to me!

On 4/23/06 I Presented the same question to Ms. Tolson she Also said she would see what she could Do. No Reply Back!

On 4/26/06 I Asked Counslor Washington about my sentencing order, He gave me a copy of my sentencing work sheet which was Partially covered up with a Status sheet Showing the End of my Level V Time And Release Date And no further Info on sentence. In addition added a second sentence order for Level IV crest At this time My counslor said He would Advise His Supervisor Mr. Reggie Gilbert on this matter! No Response!

1-2 8/13

On 4/30 my counslor Mr. Washington scheduled me an appointment with Probation & Parole counslor Mrs Williams.

Which told me my Level III sentenced was Revoked Not True! My Level II Probation was revoked. She then looked at my sentencing orders In the computer where I saw Release to Level III. When I pointed it out to Her she Hurried up & Changed the screen and told me "That As water under the Bridge now" "Her Exact words"!

I knew I was stuck so I Just Attended ciuyents for 12 weeks to Await crest Level IV Plummer center, which Had, And still Has a lengthly waiting List! Further Extending my sentence!

On 6/13 I Passed Last test for the streets when I was sanctioned for a Basic rules Intraction By another Inmate, For Indirect disrespect towards a counslor after she disrespected me!

1st On 6/14 I recieved accountability By counslor Ms. Nazario
    I recieved Public apology, 2 Hrs community service, 1 week growth Morning & Evening Meetings!

2nd On 6/16 my write up went to P.a.g. Pear accountabilty Group In front of counslor Disrespected. The whole Insident was to be squashed with my First Accountabilty 6/14

On 6/16 I recieved Feedback on my writeup from whole class Pod #9 where I was disrespected And called names for 45 minutes the whole class Partisipated. Where at the end of class counslor Hicks Told me "I wasn't Anything, that she go's Home at night a Drives a ford Explorer with 20" Inch rims" what does that Have to do with my Pear accountabilty Group I don't know!

That same Time After meeting let out Counslor Reggie called for me, Asked me If what I said was true I Inplied "yes" He then Told me to Quck my "Fucking Shit" things!

1-3  8/13

3rd  Placed In Pod #1 The hole, My third Accountability on 5/23 M.D.T. Board met and sanctioned me to 2 weeks on a Memo, not a write up from D.O.C. for Disrespect towards a counselor a third Accountability for a Basic Rule Infraction. Where I was In a Theroputic Community for such Actions!

I spent 2 weeks on Pod #1 the hole!

4th  Sent to S-uop a forth accountability 14 days Ended up Being 24 days then returned to Pod #2 were I waited another 2 weeks to re-enter civigents where I Left off. a total of 53 days out of Program.

on 8/9 I went Back to civigents And signed out and went Infront of M.D.T. where they said I could wait 60 days In civigents Before my name goes on list to Plummer center or 60 days Sanction for signing out S-uop.

My Reply was that I would Grievance them for failure to do-Process for I was In contempt of my court order. M.T.D. said that was not an option 60 days S-uop This is an Attempt to see my Judge so I can Bring Forth These Issues.

During My Hold Time which should Have Been Level III I Lost my Home and All My Personaly Belongings due to this illegal hold. Had I Been Released As ordered by the court. I could Have Placed my things In Storage and worked out arrangements with my Land Lord and co-workers/Partners As It is now, I am notonly homeless but completely destitute thanks to Dept. of corr. failure to follow Simple court order.

Exhibit D

| Item | Condition | est. Cost |
|---|---|---|
| Refrigerator | New | $2000.00 |
| Microwave | New | $300.00 |
| Oven | New | $800.00 |
| Washer | New | $900.00 |
| Dryer | New | $900.00 |
| Television | New | $600.00 |
| Vaccum Cleaner | New | 400.00 |
| Sofa | New | 1500.00 |
| Love Seat | New | 600.00 |
| BedRoom Set / Queen Size | New | 1200.00 |
| Window Air Conditioners | New | 1450.00 |
| Carpet Shampooer | New | 1000.00 |
| KitchenWare, Cookware, DinnerWare | New | 550.00 |
| Clothing | New | 1000.00 |
| Security deposit foomRent | New | 1500.00 |