IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL ROMANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 06-573 JJF |
| ) | |
| STAN TAYLOR, VINCE BIANCO, ) | |
| JAMES HUTCHINS, WARDEN ROBERT ) | |
| GEORGE, DEPUTY WARDEN WILLIAM ) | |
| EDEL, COUNSELOR NFN TOLSON, ) | |
| NFN WILLIAMS, CLINICAL ) | |
| SUPERVISOR REGGIE GILBERT, ) | |
| COUNSELOR NFN WASHINGTON, ) | |
| SENIOR COUNSELOR NFN HICKS, ) | |
| SHIFT COMMANDER LAURA SIKORA, ) | |
| MICHEAL RECORDS, STAFF ) | |
| LIETENANT NFN MAY, ALAN ) | |
| GRINSTEAD, AND ATTORNEY ) | |
| GENERAL CARL DANBERG, ) | |
| ) | |
| Defendants. ) | |

**AUTHORIZATION**

I, Paul Romano, SBI # 172653, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  OCToBer 2, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: __October 2__, 2006.

                                            *[signature]*
                                            Signature of Plaintiff

SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947



WILMINGTON DE 197
03 OCT 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lock Box #18
Wil. Del. 19801-3570