10/23/06

Att: Judge Joseph J. Farnan JR.,

I Have a case # 1:06-cv-573 You are the Judge to Here case Against D.O.C. ~ civigenits, I Have Been on sanction time for 120+ Days, now as of 10/17 I Have Re-entered the Program, I would Like to know If, Being Here, is a conflict of difference, & Also I filed my 285 Forms with my case, But no one Has Been served. Also I Recieved A form 85 for f~~or~~ Exercise Jurisdiction by Magistrate Judge can you Tell me what's next And what that for is for.

Thank you!

Respectfully:

Paul F. Romano Jr.
Paul F. Romano JR.
SBI # 172653



FILED
NOV - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned