IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PAUL ROMANO, JR.,** | : | CIVIL ACTION NO. 06-573 JJF |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **STAN TAYLOR *ET AL*,** | : | |
| | : | |
| Defendants | : | |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**KINDLY ENTER THE APPEARANCE** of Carol J. Antoff, Esquire on behalf of Defendants Tolson, Gilbert, Washington and Hicks in the above-captioned matter.

REGER RIZZO KAVULICH & DARNALL, LLP

Dated: November 6, 2006

BY: /s/ Carol J. Antoff
Carol J. Antoff, Esquire
I.D. No. 3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants Tolson, Gilbert,
Washington and Hicks

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PAUL ROMANO, JR.,** | : | CIVIL ACTION NO. 06-573  JJF |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **STAN TAYLOR *ET AL*,** | : | |
| | : | |
| Defendants | : | |

## **CERTIFICATE OF SERVICE**

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Entry of Appearance were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on November 6, 2006:

Paul Romano, Jr.
1301 E. 12th
Wilmington, DE 19807
Pro Se

REGER RIZZO KAVULICH & DARNALL, LLP


/s/ Carol J. Antoff
CAROL J. ANTOFF, ESQUIRE
I.D. No.  3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants Tolson, Gilbert,
Washington and Hicks