IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PAUL ROMANO, JR.,** | : | CIVIL ACTION NO. 06-573 JJF |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **STAN TAYLOR *ET AL*,** | : | |
| | : | |
| | : | |
| | : | |
| Defendants | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carla P. Maresca, Esquire to represent Defendants, Counselor NFN Tolson, Clinical Supervisor Reggie Gilbert and Counselor NFN Washington and Senior Counselor NFN Hicks in this matter.

REGER RIZZO KAVULICH & DARNALL, LLP

Dated: November 15, 2006

BY: /s/ Carol J. Antoff
Carol J. Antoff, Esquire
I.D. No. 3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants Tolson, Gilbert,
Washington and Hicks

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
The Honorable Joseph J. Farnan, Jr.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PAUL ROMANO, JR.,** | : | CIVIL ACTION NO. 06-573 JJF |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **STAN TAYLOR *ET AL*,** | : | |
| | : | |
| | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Motion and Order for Admission *Pro Hac Vice* were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on November 15, 2006:

Paul Romano, Jr, Pro Se
1301 East 12th Street
Wilmington, DE 19807

REGER RIZZO KAVULICH & DARNALL, LLP

/s/ Carol J. Antoff
CAROL J. ANTOFF, ESQUIRE
I.D. No. 3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants Tolson, Gilbert,
Washington and Hicks

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PAUL ROMANO, JR.,** | : | CIVIL ACTION NO. 06-573 JJF |
| Plaintiff | : | |
| v. | : | |
| **STAN TAYLOR ET AL** | : | |
| | : | |
| Defendants | : | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules.

Dated: 11/9/06

DEASEY, MAHONEY & BENDER, LTD

CARLA P. MARESCA, ESQUIRE
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103
(215-587-9400