IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL ROMANO, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.06-573-JJF |
| v. | ) | |
| | ) | Trial Jury Demanded |
| COUNSELOR NFN TOLSON, | ) | |
| et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of Defendant Doreen Williams. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, ID# 3879
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
ophelia.waters@state.de.us

Attorney for State Defendant

Dated: December 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on December 19, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Paul Romano; SBI # 172653; Central Violation Center; Post Office Box 5003; Smyrna, DE 19977-5003.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us