**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on December 19, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Paul Romano; SBI # 172653; Plummer Community Correction Center; 38 Todds Lane; Wilmington, DE 19801.

.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us