IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL ROMANO, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-573-JJF |
| : | |
| COUNSELOR NFN TOLSON, : | |
| NFN WILLIAMS, CLINICAL : | |
| SUPERVISOR REGGIE GILBERT, : | |
| COUNSELOR NFN WASHINGTON, : | |
| SENIOR COUNSELOR NFN HICKS, : | |
| : | |
| Defendants. : | |

## ORDER

WHEREAS, on December 21, 2006, Defendants Counselor NFN Tolson, Clinical Supervisor Reggie Gilbert, NFN Washington, and Senior Counselor NFN Hicks filed their First Motion To Dismiss For Failure To State A Claim (D.I. 17);

WHEREAS, Plaintiff's Answering Brief to the Motion To Dismiss was due January 12, 2007;

WHEREAS, on December 22, 2006, Defendant NFN Williams filed a Motion To Dismiss For Failure To State A Claim (D.I. 18);

WHEREAS, Plaintiff's Answering Brief to the Motion To Dismiss was due January 16, 2007;

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motions;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motions **no later than Wednesday, January 31, 2007.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

January 19, 2007

_____
UNITED STATES DISTRICT JUDGE