1-29-07

## Answering Brief

This Letter is in Regaurd to the motion to dismiss.

I send you a copy of my sentence work sheet where My Release Date was covered up with a status sheet showing the same thing Release 4-13-06 The day I went to cort. Exibit "A"

**FILED**
FEB -5 2007
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Exibit "C" Latest status sheet Modified only the Level IV sentence which only leaves 6 months for crest 18 months Level III Aftercare But I still Remain Incarsurated Pccc, wilmington work Release.

Exibit "B" is my Grievance that I sent to Warden Bianco at cvop without no answer When asked for Grievance form at cvop I was Towled They Ran out Had to make more copies Etc,

Exibit "D" Actual sentence order!

Respectfuly
Paul F. Romano jr
Paul F. Romano JR
172653

*SHH*     C-VOP     Curtis Exhibit "A"

# SENTENCING WORKSHEET

**DEFT.**
- DEFENDANT NAME: ROMANO, PAUL F.
- AKA:
- SBI: 00172653
- Date: 4/13/06
- Time: 9:00 AM

**CHARGE**
- ID NUMBER: 0511005411
- DOB: 7/1/64
- Judge: RRC
- CHARGE: VOP FORG. 2ND
- LIO:
- Cr.A.: VN0511913-01
- BAC:

☐ No Injury or Death Pursuant to 21 Del. C. § 4205A: Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4)

RECEIVED JAN 17 2006

☐ 4214(a) ☐ 4214(b)

**FINANCIAL**
- ☐ Pay Costs ☐ Costs Suspended
- ☐ PD Fee/Conflict ☐ Surcharges ☐ Diversion Fee ☐ SARTEP
- ☐ 15% ☐ 18% ☐ Pay Fine: $ ☐ Amount Suspended $
- ☐ Civil Penalty ☐ Civil Judgment
- ☐ CCE to collect ☐ Deemed uncollectible ☐ Transferred to: Cr.A.

☒ VOP/Contempt ☒ Revoked ☐ Not Found ☐ Continued ☐ Modified ☐ Discharged ☐ Withdrawn ☐ Dismissed
☐ Resent/Review ☐ Boot Camp/Diversion ☐ Boot Camp ☐ 4177(d)(5) ☐ GSP

**IMPRISONMENT / PROBATION**
- Effective: ___
- Deferred DATE: ___
- Facility: ___
- Be imprisoned for **2** years ___ months ___ days At level **5**
- Level 5 Treatment: ___
- ☐ Min. Mandatory time: ___
- Title/Sec: ___
- ☐ Credit For: ___
- ☐ No Credit Time Due

(CIRCLE ONE) **COMMITMENT** / RELEASE / DEFERRED COMMITTMENT

- ☐ Suspended Immediately
- ☐ Suspended Time Served
- ☒ Suspended After **14 dy** ☐ for **Bal** at level **4** ☐ Crest / Work Rel / Home conf / VOP center
- ☒ Suspended After **45C** ☐ for **18 mo** at level **3** ☐ Crest / Work Rel / Home conf / VOP center
- ☐ Suspended After ___ ☐ for ___ at level ___ ☐ Crest / Work Rel / Home conf / VOP center

← Where is the Rest of my Sentence worksheet

71

DOC Covered up This section

---

## Offender Status Sheet

Date: 04/13/2006

- SBI #: 00172653
- Name: PAUL F ROMANO
- Location(s): SCCC,DO52
- Level(s): 5,2
- Race: WHITE
- DOB: 07/01/1964
- AKA: PAUL ROMANO; PAUL F ROMANO; PAUL F ROMANO
- Offender Type: Sentenced, Sentenced Probationer
- Officer(s): Sweeney, Kate (52)

**Level 5**

Start Date: 03/31/2006   MED: 04/13/2006   STRD: 04/13/2006   ADJ: 04/13/2006   PED:   Statutory Days Earned:

| CASE# / Court Type | CRA# / Judge | Charge Desc / Sen Type / Sentence Date | Status / Eff Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR WK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0511005411 U7 | VN0511191301 Richard R Cooch | VOP (FORGERY 2ND) STANDARD 04/13/2006 | Current 03/30/2006 | 0 | 14 | | 03/31/2006 | 04/13/2006 | 04/13/2006 | 04/13/2006 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0511191301 | 5 | CRT1 | Other Conditions: | SENTENCED TO 2Y L5 SUSP. AFTER 14D L5 FOR BAL. @ L4 CREST/CAR |

Written By Counslor Washington

⑤ Your sent order read the same as your Status Sheet

7

## GRIEVANCE FORM

FACILITY: C-UCP  DATE: 8/2/06

GRIEVANT'S NAME: Paul T. Romano  SBI#: 172653

CASE#: _____  TIME OF INCIDENT: 8/9/06

HOUSING UNIT: 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 8/9 I was sanctioned for signing out of crest to 60 days S-vop.

I told M. Records and the rest of council I would write them up for failure to due process for I an in contempt of my court order! And would like to see my judge. M. Records said I could wait 60 day cvop for Plumber center or 60 days S-vop I chose svop so I could be near a law library to further my law suite federal law suite civil Rights Act 42 U.S.C. § 1983 soon to be Recived

ACTION REQUESTED BY GRIEVANT: Release me from crest so I can see my judge for crest does not work for me!

GRIEVANT'S SIGNATURE: Paul T. Romano  DATE: 8/2/06  original

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  X (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Offender Status Sheet

**Date:** 12/21/2006

| SBI #: | 00172653 | Name: | PAUL F ROMANO | | Sex: | M | |
|---|---|---|---|---|---|---|---|
| Location(s): | PCCC | Level(s): | 4 | Race: WHITE | DOB: | 07/01/1964 | Sex Offender: [ ] |
| AKA: | PAUL F ROMANO; PAUL ROMANO; PAUL F ROMANO | | | | | | |
| Offender Type: | Sentenced | | | Officer(s): | Cardaci, Joanne (04) | | |

### Level: 4

Start Date: 04/13/2006   MED: 03/29/2008   STRD: 02/01/2008   ADJ: 01/28/2008   PED:   Statutory Days Earned: 57.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0511005411 U7 | VN0511191301 Richard R Cooch | VOP (FORGERY 2ND) STANDARD 04/13/2006 03/30/2006 | Current | 1 | 11 | 17 | 04/13/2006 | 03/29/2008 | 02/01/2008 | 01/28/2008 | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VN0511191301 | 4 | CRT1 | Other Conditions: | SENTENCED TO 2Y L5 SUSP. AFTER 14D FOR BAL. @ L4 CREST. UPON SUCCESSFUL COMPLETION OF L4 CREST, BAL. IS SUSP. FOR 18M L3 CREST AFTERCARE./CAR |

Exhibit

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

    VS.

PAUL F ROMANO

Alias: See attached list of alias names.

DOB: 07/01/1964
SBI: 00172653

| CASE NUMBER: | CRIMINAL ACTION NUMBER: |
|---|---|
| 0511005411 | VN05-11-1913-01 |
|  | VIOL O/PROBATN |
|  |   ORIG. CHARGE: |
|  |   FORGERY 2ND(F) |
|  | VN05-11-1914-01 |
|  | VIOL O/PROBATN |
|  |   ORIG. CHARGE: |
|  |   SHOPLIFT <$1000(M) |

RELEASE
CONSOLIDATED: 1 Charge(s) for CCP NC Case#: 0510010357
CONSOLIDATED: 1 Charge(s) for CCP NC Case#: 0212010510
CONSOLIDATED-VOP

### VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 13TH DAY OF APRIL, 2006, IT IS THE ORDER OF THE
COURT THAT: The defendant is found in violation.
Defendant is sentenced as follows:

AS TO VN05-11-1913-01 : TIS 11 Del.C.08610B2BFG
VIOL O/PROBATN - FOUND IN VIOLATION

Effective March 31, 2006  the defendant is sentenced
as follows:

- The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5

- Suspended after serving 14 day(s) at supervision level 5

- For balance to be served at supervision level 4 **CREST**

- Upon successful completion at supervision level 4 **CREST**

**APPROVED ORDER**    1    November 3, 2006 11:11

2

```
STATE OF DELAWARE
        VS.
PAUL F ROMANO
DOB: 07/01/1964
SBI: 00172653

  - Suspended for 18 month(s)  at supervision  level 3
CREST AFTERCARE

  - Hold at supervision level 3

  - Until space is available at supervision level 4 CREST



  AS TO VN05-11-1914-01 : TIS 11 Del.C.084000A3MA
  VIOL O/PROBATN - FOUND IN VIOLATION - PROB.TERMINATED

  - The defendant is discharged as unimproved.
```

("Hold at supervision level 3" is circled.)

**APPROVED ORDER**    2    November  3, 2006 11:11

3

## SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
    VS.
PAUL F ROMANO
DOB: 07/01/1964
SBI: 00172653

CASE NUMBER:
0511005411

All previous terms and conditions are reimposed.

The Defendant is to pay all financial obligations pursuant to a schedule established by probation officer.

### NOTES

If Crest officals believe that Crest is not needed, defendant may be flowed down to level 3 at anytime.

This is a Senate Bill 50 consolidated order with the New Castle County Court of Common Pleas case number 0510010357, criminal action number 05-11-2478 and case number 0212010510, criminal action number 03-01-4493. This case in the New Castle County Court of Common Pleas is discharged as unimproved and any financila obligations are now to be collected as part of this sentence imposed in the New Castle County Superior Court. If there is an outstanding capias on the above reference case in the New Castle County Court of Common Pleas, the capias is to be withdrawn immediately. A copy of this order is to be mailed to the New Castle County Court of Common Pleas.

JUDGE RICHARD R COOCH

**APPROVED ORDER**    3    November 3, 2006 11:11



Paul F. Ronaro JR.
36 TODDS Lane
Plumber center
Wil. Del 19802

POSTAGE DUE 24

Office of the clerk
United States District court
844 N. King St. LockBox 18
Wil Del, 19801-3570

POSTAGE DEDUCTED FROM
ADVANCED DEPOSIT BRM
WILMINGTON DE 19850