IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAUL ROMANO, JR., :
:
    Plaintiff, :
:
v. : Civil Action No. 06-573-JJF
:
COUNSELOR NFN TOLSON, :
NFN WILLIAMS, CLINICAL :
SUPERVISOR REGGIE GILBERT, :
COUNSELOR NFN WASHINGTON, :
and SENIOR COUNSELOR NFN :
HICKS, :
:
    Defendants. :

**O R D E R**

At Wilmington, this 25 day of June, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Motion To Dismiss Plaintiff's Complaint Pursuant TO Federal Rules of Civil Procedure 12(b)(6) Of Defendants Tolson, Gilbert, Washington, and Hicks (D.I. 17) is **GRANTED**.

2. State Defendant's Motion To Dismiss (D.I. 18) is **GRANTED**.

3. Plaintiff is not required to pay the remaining balance of the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

*[signature]*
UNITED STATES DISTRICT JUDGE